UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FROST CONTROLS, INC., ROBERT J. THOMSON and FREDERICK G. THOMSON, Plaintiffs, | ) | CA 05 270S |
| v. | ) | CIVIL ACTION NO.: |
| CITIZENS BANK OF MASSACHUSETTS, Defendant. | ) | |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**

TO: The Chief Judge and Judges of the United States District Court for the District of Rhode Island

The defendant Citizens Bank of Massachusetts ("Citizens") hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 in connection with the above-captioned action. As grounds for its Notice of Removal, Citizens states as follows:

1. This action was commenced in the Superior Court, Providence County, State of Rhode Island on or about June 1, 2005. The original summons and complaint were served on Citizens via certified mail, return receipt requested. The certified letter was dated June 1, 2005, and received by Citizens on or about June 3, 2005. A copy of the summons and complaint, which constitute the only pleadings and process as of this date are attached hereto as Exhibit A.

2. This civil action arises from a commercial lending relationship between the plaintiffs, as obligors, and the defendant as holder of the loan documents.

3. The plaintiffs state in the complaint that they are all citizens of the State of Rhode Island.

(1)

4. The plaintiffs further state that Citizens is a citizen of Massachusetts.

5. Jurisdiction of the Federal Court is founded on the complete diversity of citizenship between the plaintiffs and the defendant. Given the plaintiffs' allegations, Citizens believes that the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. This Notice of Removal is filed within thirty (30) days of receipt of the complaint in this action by Citizens.

WHEREFORE, Citizens requests that this action be removed from the Providence County Superior Court to the United States District Court for the District of Rhode Island.

CITIZENS BANK OF MASSACHUSETTS

By its attorneys,

David C. Aisenberg #5108
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
617-371-1050

**CERTIFICATE OF SERVICE**

I, David C. Aisenberg, counsel for the defendant, do hereby certify that on June 17, 2005, a true copy of the above document was served on the plaintiffs, through their attorney, via Federal Express.

David C. Aisenberg