UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FROST CONTROLS, INC.,<br>ROBERT J. THOMSON and<br>FREDERICK G. THOMSON,<br><br>Plaintiffs,<br>v.<br><br>CITIZENS BANK OF<br>MASSACHUSETTS,<br><br>Defendant. | CIV[redacted] NO: 05 270 S |

## CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT

Citizens Bank of Massachusetts states that it is wholly owned by Citizens Financial Group, Inc. and that there is no publicly held company that owns 10% or more of its stock.

CITIZENS BANK OF MASSACHUSETTS

By its attorneys,

David C. Aisenberg #5108
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
617-371-1050

## CERTIFICATE OF SERVICE

I, David C. Aisenberg, counsel for the defendant, do hereby certify that on June 17, 2005, a true copy of the above document was served on the plaintiffs, through their attorney, via Federal Express.

David C. Aisenberg