**ALLONGE AND AMENDMENT TO**
**U.S. Small Business Administration NOTE**
**BETWEEN**
**FROST CONTROLS, INC.**
**AND**
**STATE STREET BANK AND TRUST COMPANY**

This Allonge and Amendment is made to that certain U.S. Small Business Administration Note between Frost Controls, Inc. (the "Borrower") and State Street Bank and Trust Company (the "Bank") dated November 30, 1995 in the original face amount of $750,000, as amended from time to time (the "Note"). This Note is secured by, among other things, a Security Agreement , Security Interest in Patents, Patent Applications and Patent Licenses, Assignment of Life Insurance Policy as Collateral and by various Agreements Not to Encumber and Transfer given by the Borrower to the Bank, and is Guarantied by unlimited guaranties of Robert J. Thomson and Frederick G. Thomson (the "Guarantors").

The Borrower has requested that the Bank reduce the maximum principal amount of the Note to Two Hundred Fifty Thousand ($250,000) Dollars and the SBA has consented to this amendment by letter dated June 23, 1999.

The Borrower and Guarantors acknowledge and agree that the outstanding balance of principal and interest under the Note as of the date of this Allonge is $ 130,410.32 (the "Outstanding Balance"), and acknowledge that they have no claims, offsets or defenses to payment in full and when due of such amount. The Borrower and Guarantors agree that, effective the date of this Allonge, the face amount of the Note shall be decreased to Two Hundred Fifty Thousand ($250,000) Dollars, and that the Bank shall advance to the Borrower the amount of the excess of Two Hundred Fifty Thousand ($250,000) Dollars over the Outstanding Balance in accordance with the provisions of an SBA Settlement Statement of even date. RJT FA

The Borrower and Guarantors acknowledge and agree that the payment provisions contained in the second through fourth paragraphs of the Note shall be amended to read as follows, effective the date of this Allonge:

> "This Note shall commence on the date hereof and the maturity date hereof shall be on September 1, 2004, whereupon the balance of principal and interest outstanding hereunder shall be payable in full.
>
> The principal of this Note shall be repaid in 59 consecutive equal monthly payments, each in the amount of $3,166.00 beginning on October 1, 1999, with a final payment in the amount of all amounts outstanding hereunder due and payable on September 1, 2004. The principal balance of the Note may be advanced by the Bank to the Borrower in one or more installments prior to December 31, 1999.
>
> Interest with respect to all amounts outstanding hereunder shall be payable at the initial rate of 9.25% per annum, payable monthly together with the principal payments hereunder. This Note shall bear interest at a variable rate which shall be payable at the prime rate of interest published in the Wall Street Journal or equivalent publication ("Prime Rate") plus one and one-half percent

B

(1 ½%). Lender shall adjust the interest rate on a monthly basis on the first Business Day of each month with the first such adjustment to occur October 1, 1999. Each monthly payment hereunder shall be applied first to accrued interest and the balance, if any, to principal. Upon each interest rate adjustment, the monthly installment of interest shall be adjusted to reflect such change in the Prime Rate."

Except as expressly modified hereby, all of the terms and conditions of the Note are ratified and confirmed by the Borrower, the Guarantors and the Bank hereby. This Allonge and Amendment shall be annexed to the Note, for all purposes to be treated as an integrated part thereof, and is executed as an agreement under seal as of the ___th day of August, 1999.

**BORROWER:**
FROST CONTROLS, INC.

By: [signature] PCES
President

**GUARANTORS:**

[signature]
Frederick G. Thomson

[signature]
Robert J. Thomson

FREDERICK G. THOMPSON appeared Before me this 30TH Day of September 1999 IN PROVIDENCE COUNTY, STATE OF RHODE ISLAND.

Thomas G. Waller Notary
my comm. exp. 6/17/2001

**BANK:**
STATE STREET BANK AND TRUST COMPANY

By: [signature]
Gerald S. Algere, Vice President