STATE STREET
Serving Institutional Investors Worldwide

Gerald S. Algere
Vice President

Metropolitan
225 Franklin Street
Boston, MA 02110-2804

Telephone: (617) 664-3466

Extend maturity

RECEIVED
JUN 25 1999

June 23, 1999

Ms. Jean Sawyer
U.S. Small Business Administration
380 Westminster Mall
Providence, RI 02903
Re: Frost Controls, Inc. (GP 765 319 3009).

18691

Dear Ms. Sawyer:

Per our recent conversation, I am writing to request an amendment to the above referenced loan to Frost Controls, Inc. As discussed, we would amend the existing loan by (1) extending the maturity date to August 2004, (2) reducing the commitment amount to $250,000, (3) and subordinating the term loan to a new State Street Bank $500,000 line of credit. We agreed that these amendments could be approved by letter rather than through the submission of a formal SBA application. I have attached a loan summary and a five year spreadsheet for your review.

I hope to document the new loan structure upon your sign-off. Please call with any questions you might have. As always, thank you for your assistance.

FAX 8805

Business assets

Sincerely,

[signature]

Gerald S. Algere

(1) Extend maturity to 8/1/04
(2) Cancel $500,000 amount of SBA approved loans. Remainder will be $250M. (working capital)
(3) Approve subordination to $500M LOC. Based on Bank/SBA positions on residences lien position of guarantors.

**U.S. SMALL BUSINESS ADMINISTRATION**
**We concur with this request.**

[signature] Lauderdale 7/23/99
Loan Spec./LSA — Date

APPROVED:
[signature] 7/23/99
Supv. Loan Spec. — Date

COMMENTS:
[signature] 7-23-99
Center Counsel / Atty. Adv. — Date

Action taken pursuant to:
SOP 50 50 4 Para ____ Action # 09

Credit matters, subject to consent of guarantors, no legal objection.

# FROST CONTROLS, INC.

Smithfield, RI

**PROPOSAL:**

To approve a $500M demand secured line of credit for working capital purposes. The line will be secured by a first lien on all assets of the corporation with advances based on a formula of 70% of eligible accounts receivable due within 90 days. Loan outstanding will bear interest at Prime + 1%. To approve an amendment to the Frost Controls, Inc SBA Guaranteed facility. The amendment will reduce the loan amount from the existing commitment amount of $750M to $250M. We have currently disbursed $200M with expectations to disburse the remaining $50,000 at closing. The amendment will also adjust the loan to a five year term with a five year amortization. The loan will be subordinate to the line of credit but secured by a second position on all assets of the corporation. The loan will also be guaranteed by the SBA at 85% of loan amount. To approve an ACH exposure limit of $100,000 to support deposit concentration and/or pay payroll transfer. Both loans will be guaranteed by the two principals, Fred Thompson and Robert Thompson.

**Background(Adapted from 6/95 CAS):**

Frost Controls, Inc is a Hi-Tech Rhode Island Sub-S manufacturing corporation that produces a safety light curtain system that is used to safeguard personnel working on hazardous machinery. The product functions by creating a barrier of invisible light (the curtain) between the operator and the hazardous part of the machines. Upon the operator penetration this light barrier, the intrusion is sensed by a light detection device which transmits a signal to stop the machine motion.

Frost Controls has been a manufacturer of these devices since the infancy of the industry fifteen years ago. For ten years Frost successfully concentrated on selling its products domestically. Five years ago, Frost made the decision to explore the possibility of selling abroad. It learned that there was a huge potential overseas for its products; however, the barriers to entry would be great but ultimately worth the effort. The major emphasis during the past five years has been to research the CEN/CENELEC (Committe for European Norms/Committee for European Norms of electrotechnique) activities in the European Community in order to monitor the direction the standards were headed for Machine Safety Directives. The goal was to ensure that the new "Security Force" light curtains would be designed and manufactured in accordance with the new standards. During the process, the company has had to restructure its software on several occasions, implement the ISO-9001 Quality Manufacturing System and has to establish new relationships with various testing labs throughout Europe. The company's product has been tested and has been through several revisions. Frost received its certification in the summer of 1998.

**Management:**

The company's management team consist of Robert Thomson, President and 50% owner of Frost Controls and Frederick Thomson, Vice President and 50% owner of Frost Controls.

- Robert Thomson has been with Frost since 1984 when he began as the Marketing/Sales Manager. Prior to joining Frost, Thomson held a senior position with Burlington Industries.
- Frederick Thomson has been with Frost since 1979 when he began as a plant manager for the company. Today, Frederick oversees all aspects of operation including engineering, production, material control and R & D.

Robert and Frederick purchased Frost Controls in 1996 from Edward Frost who started the company in 1956.

**Competition:**

Of the nine US competitors that Frost faces not one company has attempted to meet the European standards, and of the twelve foreign competitors, four refused the pre-assesment and two failed the pre-assesment. However, the company does face competition from companies such as: Honeywell, Sick, Wenglor, Data Instruments and STI. The challenge now, is for the company to move from the R&D mode to the marketing and distribution phase. They must now effectively market the product and fill orders as received.

**Financial Statements:**

The financial statements for fiscal years 12/31/96-12/31/98 were reviewed by Fradin & Company, Ltd. of Warwick, RI.

| FYE 12/31 | 12/96 | % | 12/97 | % | 12/98 | % |
|---|---|---|---|---|---|---|
| Sales | $1,082 | 100 | $1,231 | 100 | $1,102 | 100 |
| G.P. | 257 | 23.8 | 495 | 40.2 | 435 | 40.0 |
| Oper Exp. | 204 | 18.9 | 216 | 17.5 | 241 | 21.9 |
| N.I. | 41 | 3.8 | 266 | 21.6 | 161 | 14.6 |

As evidenced by the financials above, the revenues for Frost Controls, Inc. have remained relatively stable. Gross profit margins have increased from 24% in FY 96 to 40% in FY 97 and then remaining stable for FY 98. As mentioned earlier in the analysis, the low margins can be attributed to the fact that since 1991 Frost has concentrated on its R&D effort in light of its desire to sell abroad. New business development has been non-existent over the past few years as most sales have come from repeat customers. For the mostpart, the gross profit margin has been consistent with increases in R&D up to 1998. It is expected that once the company refocus on marketing and sales, the gross profit margins would average approximately 60%. Net income has risen from $41M in FY 96 to $161M in FY 98.

**Interims:**

| Period | 5/31/98 | | 5/31/99 | |
|---|---|---|---|---|
| Sales | $5[illegible]8 | 100% | $261 | 100% |
| G.P. | 32[illegible] | 58% | 193 | 73% |
| Oper. Exp. | 1[illegible]8 | 66% | 174 | 66% |
| N.I. | 1[illegible]6 | 32% | 12 | 5% |

Through May 1999, sales at Frost were off almost 52% due to a slow first quarter in the semi-conductor industry and a re-focus on marketing. The company is finalizing a web page for their products and has just completed a domestic and international mass mailing. In addition, the company has indicated that sales for the first three weeks of June totaled $173M. Gross profit margins are up, operating expenses are stable and net income is down. The company expects to get back on course over the next two quarters.

**Financial Condition:**

| Balance Sheet | 12/31/96 | 12/31/97 | 12/31/98 |
|---|---|---|---|
| WC | $575 | $684 | $686 |
| CR | 8.77 | 7.16 | 12.25 |
| A/R Days | 44 | 42 | 27 |
| A/P Days | 13 | 34 | 6 |
| TNW | 732 | 893 | 958 |
| TL/TNW | .31 | .35 | .24 |

The company's balance sheet remains strong. Frost's financial condition is characterized by increasing liquidity and a slight decrease in leverage. The company pays its bills quickly and does a fairly good job collecting payments.

**Interim as of 5/31/99:**
For the first five months of 1999, Frost demonstrated a stable financial condition as the interim marked working capital of $714M and stability in liquidity and leverage. Borrowing on the SBA term loan was up from $150M to $200M with anticipated usage of the remaining SBA loan and the new line of credit.

**Collateral Value:**
The SSB line of credit will be secured by a first security interest in all corporate assets of the borrower and on a formula of 70% of all A/R less than 90 days. The $250M term loan will be secured by a second lien on all assets of the borrower with a ~~75%~~ 85% SBA guarantee attached. Both loans will be guaranteed by the principals of Frost.

**Guarantors:**
The loans will carry the unlimited guarantees of Robert Thomson and Fred Thomson.

In a personal statement dated June 17, 1999, Robert Thomson list a net worth, less ownership of Frost Controls.

Inc, as $415M. Mr Thomson's net worth consist primarily of real estate. Salary is reported at $125M.

Fred Thomson reportsa personal net worth, less ownership in Frost of $368M. Mr Thomson's net worth consist primarily of real estate and cash accounts.

**Financial Covenants:**
The company is in compliance with all financial covenants. TL/TNW less than 1.25:1; TNW greater than or equal to $725M; DCR OF 1.25:1.

**Year 2000:**
Management has indicated it has developed and documented a plan for Y2K compliance and that the plant manager and 50% owner, Fred Thomson is responsible for managing the plan. Risk is moderate.

**Conclusion:**
Frost Controls, Inc has demonstrated its ability to remain finacially solid during periods of significant R&D and international certification. Based on the profitable record, strong balance sheet, management experience, SBA enhancement, personal guarantees, and the potential of entering the European market, the officer recommends approval.

Gerald Algere
June 23, 1999