STATE STREET BANK.

Ralph L. Sautter
Senior Vice President

225 Franklin Street
Boston, MA 02110

Telephone: (617) 664-3679
Facsimile: (617) 664-8803
rlsautter@statestreet.com

September 1, 1999

Mr. Robert Thomson
President
Frost Controls, Inc.
7 Industrial Drive South
Smithfield, RI 02917

Dear Mr. Thomson

On May 6, 1999 State Street Corporation announced that it had reached an agreement to sell its commercial banking business to Citizens Financial Group ("Citizens"). I would like to explain how your banking services will be delivered after the closing, which is expected to occur in the fourth quarter of 1999.

The transfer of the banking business to Citizens will be a two-step process. First, when the transaction closes, your account officer will join Citizens, and your credit facility, domestic deposit accounts, and related cash management agreements will be transferred to Citizens. Second, to ensure a smooth transition, State Street will continue to service the operational aspects of your banking relationship for a period of time following the closing. Citizens will assume the operational functions no earlier than April 30, 2000 and no later than August 31, 2000.

I have enclosed a fact sheet detailing the operational elements of the various financial products and services provided by State Street. If you have questions or comments, please feel free to contact me at (617) 664-3679. As always, Gerald S. Algere and Gerard M. Finnerty are also available to assist you in any manner.

We appreciate your ongoing support, and we look forward to continuing to serve you in a quality and consistent manner.

Sincerely,

Ralph L. Sautter
Senior Vice President

Enclosure