CITIZENS BANK

Business Lending Services, RDC-155
PO Box 21001
100A Sockanossett Crossroads
Cranston, RI 02920

June 22, 2004

Mr. Fred Thomas
Mr. Robert Thomas
Frost Controls Inc.
7 Industrial Drive South
Smithfield, RI 02917

Re: Borrower Name: Frost Controls Inc.
Guarantors: Fred Thomas and Robert Thomas
Commercial Loan No.: 101-0486221-0001
Maturity Date: September 1, 2004

Gentlemen:

Citizens Bank has begun reviewing your Commercial Loan for renewal. As you know, the loan matures on September 1, 2004, and it is important that we gather updated financial information from you. Your relationship manager, Mary Walker, has asked us to gather the following information:

**Business**

- Signed Federal Tax Returns for the Borrower for the 2003 tax year, including all supporting schedules;
- Fiscal year end 2003 financial statements for the Borrower;
- Accounts Receivable and Accounts Payable aging(s) for the Borrower; prepared within the last 30 days.

**Personal**

- Signed individual personal 2003 Federal Tax Returns of each Guarantor, including all supporting schedules;
- A current Personal Financial Statement (form enclosed) for each Guarantor.

Upon receipt, we will review the information in consideration of your renewal.

In order for us to efficiently service your Citizens Bank relationship, please mail the requested information to the address above at your earliest convenience. If for any reason you feel that the above information will not be available within the next 30 days, please call me at 1-888-373-3011, extension 5588.

Sincerely,

for

Judith F. Valliere
Commercial Loan Officer

CC: Mary Walker

JFV/jag

RBS