CITIZENS BANK

28 STATE STREET
BOSTON, MA 02109

LOAN STATEMENT
07-27-04
Page 1

Account 101-0001-0486221-0001

| | |
|---|---|
| Principal | $6,332.00 |
| Interest | $624.50 |
| TOTAL AMOUNT DUE | $6,956.50 |

FROST CONTROLS INC
7 INDUSTRIAL DRIVE SOUTH
SMITHFIELD RI 02917

DUE DATE 08-01-04
MATURITY DATE 09-01-04

| DATE | RATE | | |
|---|---|---|---|
| 08-01-04 | 5.75000 | BALANCE FORWARD | 64,026.71 |

| | |
|---|---|
| Balance | $64,026.71 |
| TOTAL AMOUNT DUE | $6,956.50 |

Interest paid in 2003, including any points and late charges: $6,054.57

PAYMENTS AND ADVANCES MADE AFTER YOUR STATEMENT DATE WILL APPEAR ON NEXT MONTH'S STATEMENT. IF YOU HAVE ANY QUESTIONS PLEASE CALL YOUR RELATIONSHIP MANAGER, OR 1-800-403-2736 WEEKDAYS FROM 8 AM TO 5 PM AND A CUSTOMER SERVICE REPRESENTATIVE WILL BE HAPPY TO ASSIST YOU.

See reverse side for important information. Please return portion below with your check payable to Citizens Bank.

CITIZENS BANK

Account 101-0001-0486221-0001

DUE DATE 08-01-0

Payment Address:
P.O. Box 9799
Providence RI 02940-9799

☐ Please check this box if change of address or other information. Complete on reverse side.

| | |
|---|---|
| Amount Due | $6,956.5 |
| Late Charge | $0.0 |
| TOTAL AMOUNT DUE | $6,956.5 |

FROST CONTROLS INC
7 INDUSTRIAL DRIVE SOUTH
SMITHFIELD RI 02917

Additional Principal $______
Additional Escrow $______
Late Charges $______
Other Amount Enclosed $______
TOTAL AMOUNT ENCLOSED $______

24 001101 0001 0486221 0001 0000000 0000695650 0000695650 0000