08/23/2004 11:50 CITIZENS COMMERCIAL [illegible] → 916177239354

[illegible] PORTFOLIO [illegible] BANK [illegible] ACBS OBLIGATION TRANSACTIONS DATE [illegible] PAGE [illegible]
OBLIGATION [illegible] BRANCH [illegible] CUSTOMER [illegible] LOAN [illegible] NAME [illegible] CONTROLS

| SEQ | LOAN TYPE CD | ACCRUAL [illegible] / TRAN CD VAL | BAL CAT | EFFECTIVE DATE | POSTING DATE | TRAN DESCRIPTION | TRAN CD | TRAN AMOUNT | TRAN RATE | GROUP REF NO | ACCT OWNER / CLASS CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 600 | .[illegible] | | 07/01/1999 | 07/01/1999 | DDA Principal Payment | 9100 | [illegible] | .000000 | 326507 | [illegible] A |
| 1 | 600 | .[illegible] | INT | 07/01/1999 | 07/01/1999 | DDA Interest Payment | 9200 | [illegible] | .000000 | [illegible] | [illegible] A |
| 1 | 600 [illegible] | .[illegible] | INT | 08/01/1999 | 08/02/1999 | Prime/Index Change | 3900 | [illegible] | [illegible] | [illegible] | [illegible] K |
| 1 | 600 | .[illegible] | | 08/01/1999 | 08/02/1999 | DDA Principal Payment | 9100 | [illegible] | .000000 | 342121 | [illegible] A |
| 1 | 600 | .[illegible] | INT | 08/01/1999 | 08/02/1999 | DDA Interest Payment | 9200 | [illegible] | .000000 | 342119 | [illegible] A |
| 1 | 600 [illegible] | .[illegible] | INT | 09/01/1999 | 09/01/1999 | Prime/Index Change | 3900 | [illegible] | [illegible] | [illegible] | [illegible] R |
| 1 | 600 | .[illegible] | | 09/01/1999 | 09/01/1999 | DDA Principal Payment | 9100 | [illegible] | .000000 | [illegible] | [illegible] A |
| 1 | 600 | .[illegible] | INT | 09/01/1999 | 09/01/1999 | DDA Interest Payment | 9200 | [illegible] | .000000 | [illegible] | [illegible] A |
| 1 | 600 | .[illegible] | | 10/01/1999 | 10/01/1999 | Loan Disbursement | [illegible] | [illegible] | .000000 | [illegible] | [illegible] A |
| 1 | 600 | .[illegible] | | 10/01/1999 | 10/01/1999 | Loan Renewal | [illegible] | [illegible] | .000000 | [illegible] | [illegible] A |
| 1 | 600 | .[illegible] | | 10/01/1999 | 10/01/1999 | DDA Principal Payment | 9100 | [illegible] | .000000 | [illegible] | [illegible] A |
| 1 | 600 | .[illegible] | INT | 10/01/1999 | 10/01/1999 | DDA Interest Payment | 9200 | [illegible] | .000000 | [illegible] | [illegible] A |
| 1 | 600 | .[illegible] | | 11/01/1999 | 11/01/1999 | DDA Principal Payment | 9100 | [illegible] | .000000 | [illegible] | [illegible] A |
| 1 | 600 | .[illegible] | INT | 11/01/1999 | 11/01/1999 | DDA Interest Payment | 9200 | [illegible] | .000000 | [illegible] | [illegible] A |
| 1 | 600 [illegible] | .[illegible] | INT | 12/01/1999 | 12/01/1999 | Prime/Index Change | 3900 | [illegible] | [illegible] | [illegible] | [illegible] |
| 1 | 600 | .[illegible] | | 12/01/1999 | 12/01/1999 | DDA Principal Payment | 9100 | [illegible] | .000000 | [illegible] | [illegible] A |
| 1 | 600 | .[illegible] | INT | 12/01/1999 | 12/01/1999 | DDA Interest Payment | 9200 | [illegible] | .000000 | [illegible] | [illegible] A |