UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FROST CONTROLS, INC., ROBERT J. THOMSON and FREDERICK G. THOMSON, Plaintiffs, v. CITIZENS BANK OF MASSACHUSETTS, Defendant. | ) | CA 05 270S CIVIL ACTION NO.: |

**NOTICE OF APPEARANCE**

TO: The Chief Judge and Judges of the United States District Court for the District of Rhode Island

Please enter the appearance of David C. Aisenberg, Looney, Cohen, Reagan & Aisenberg LLP, 109 State Street, Boston, MA 02109, 617-371-1050, as counsel for the defendant Citizens Bank of Massachusetts.

CITIZENS BANK OF MASSACHUSETTS

By its attorneys,

David C. Aisenberg #5108
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
617-371-1050

**CERTIFICATE OF SERVICE**

I, David C. Aisenberg, counsel for the defendant, do hereby certify that on June 17, 2005, a true copy of the above document was served on the plaintiffs, through their attorney, via Federal Express.

David C. Aisenberg

(2)