CA 05-270 S

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-2721 FROST CONTROLS INC V CITIZENS BANK OF MASSACHUSE

Filing Date: 05-27-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 06-23-2005

| | |
|---|---|
| Plaintiff: FREDERICK THOMSON<br>ID: @10229339 | Attorney: J. RATCLIFFE |
| Plaintiff: ROBERT THOMSON<br>ID: @10229340 | Attorney: J. RATCLIFFE |
| Plaintiff: FROST CONTROLSINC<br>ID: @10255346 | Attorney: J. RATCLIFFE |
| Defendant: CITIZENS BANK OF MASSACHUSETTS<br>ID: @10251361 | Attorney: UNKNOWN ATTORNEY |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-27-2005 | COMPLAINT FILED | |
| 05-27-2005 | COMPLAINT FILED | |
| 06-23-2005 | NOTICE OF REMOVAL | |
| 06-23-2005 | OTH DOC FILED DURING DISCOV | |
| 06-23-2005 | CASE REMVD TO US DISTRICT CT | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island