RECEIVED
FEB 08 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FROST CONTROLS, INC., )
ROBERT J. THOMSON, and )
FREDERICK G. THOMSON )
)
)
v. ) C.A. No. 05-270 S
)
)
CITIZENS BANK OF )
MASSACHUSETTS )

**DISMISSAL STIPULATION**

The parties, by their attorneys, hereby stipulate and agree that all claims in the above-entitled action shall be dismissed with prejudice.

Plaintiffs,
By Their Attorney,

J. Richard Ratcliffe, Esq.
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, Rhode Island 02903

Defendant,
By Its Attorney,

David C. Aisenberg, Esq.
Looney, Cohen, Reagan & Aisenberg
109 State Street
Boston, MA 02109

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record to each other party by mail-hand on 2/7/06

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 2/8/06